IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| AARON E. WINTERS, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19-cv-01034-DGK ) |
| LAINE T. CARDARELLA, et al., | ) ) |
| Defendants. | ) |

ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455, the undersigned hereby recuses himself from any further involvement in this case. The Clerk of Court is directed to randomly reassign this case to another judge.

IT IS SO ORDERED.

Date: January 27, 2020

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT